No. 95–5815.  BILLIOT *v.* MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 95–5972.  SHUMWAY *v.* WASHINGTON.  Ct. App. Wash.  Certiorari denied.

No. 95–6178.  VINCENT *v.* RUNYON, POSTMASTER GENERAL, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 95–6436.  MCMICHEN *v.* GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 95–6799.  SIVAK *v.* IDAHO.  Sup. Ct. Idaho.  Certiorari denied.

No. 95–6801.  DAILEY *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 95–6813.  SLAPPY *v.* MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 95–6814.  FRAZIER *v.* OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 95–6826.  LAFEVERS *v.* OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 95–6832.  THOMAS *v.* TURNER.  C. A. 10th Cir.  Certiorari denied.

No. 95–6833.  HAIGLER *v.* SOUTH CAROLINA.  Ct. Common Pleas of Orangeburg County, S. C.  Certiorari denied.

No. 95–6836.  PARKER *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 95–6838.  WILSON *v.* RAYMOND ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 95–6840.  PRYOR *v.* CITY OF DESOTO, MISSOURI, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 95–6864.  FITZGERALD *v.* FLORIDA.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.